IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA ex rel.
EMMETT LANE, JR.,

      Petitioner,

 -vs-

DAVE REDNOUR, Warden,

      Respondent.                     No. 10-cv-820-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order (Doc. 26) entered by this Court on December 3, 2013, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DENIED** and the matter is **DISMISSED with prejudice**.

                                      NANCY J. ROSENSTENGEL,
                                      **CLERK OF COURT**


                            **BY:**  s/*Sara Jennings*
                                    **Deputy Clerk**

**DATED:** December 4, 2013

David R. Herndon
2013.12.04
09:37:52 -06'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT